Abram Karn and Etta Karn, plaintiffs, v. North West Side Lumber Company et al., defendants. In the matter of the petition of Julius H. Miner, appellee, v. Abram Karn et al., respondents. Appeal of Merchants and Manufacturers Securities Company, appellant. Gen. No. 40,161.

Opinion filed October 10, 1938. Rehearing denied October 24, 1938.

Robert L. Huttner, for appellant. Henry Perlman, for appellee; Julius H. Miner, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

## SECOND DISTRICT.

Mary Jacobs, appellee, v. Harry Jacobs, appellant. Gen. No. 9,311.

Opinion filed May 25, 1938. Rehearing denied June 30, 1938.

W. G. Anderson, for appellant. Hibbs & Pool, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

Theodore Wille, appellant, v. William H. Claus, appellee. Gen. No. 9,315.

Opinion filed June 22, 1938.

Arch F. Nuttall, for appellant. Albert H. Krusemark, for appellee.

Mr. Presiding Justice Dove delivered the opinion of the court.

Elmer C. Fisher, trading as Fisher Iron and Metal Company, appellee, v. Midland Iron and Steel Company and Louis Livingston. Midland Iron and Steel Company, appellant. Gen. No. 9,321.

Opinion filed June 22, 1938. Rehearing denied July 22, 1938.

Murphy & Murphy, for appellant; Hayes Murphy, of counsel. Huber & Reidy and Herman H. Rimmerman, for appellee.

Mr. Justice Huffman delivered the opinion of the court.